**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

ROGER ALLEN BOONE and
MONICA BROOKS BOONE

Debtors./

CASE NO.: 12-24862-LMI

Chapter 7

### MOTION TO COMPEL TURNOVER OF THE PROPERTY OF THE ESTATE

Ross Hartog, the Chapter 7 Trustee (the "Trustee") for the estate of Roger and Monica Boone (the "Debtors"), by and through undersigned counsel, moves (the "Motion") for entry of an order compelling the Debtors to turnover property of the bankruptcy estate pursuant to 11 U.S.C. §§ 521, 541 and 542. In support of the Motion, the Trustee states as follows:

1.     The Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on June 19, 2012 (the "Petition Date").

2.     Counsel for the Trustee investigated the Debtors' records and conducted a home inspection and appraisal of the Debtor's personal property.

3.      After receiving and reviewing additional documents from the Debtors, the Trustee asserted an interest in the Debtors' nonexempt personal property in the amount of $14,706.60.  Specifically, the Trustee asserted an interest in the following property (the "Property"):

| Property | Value |
|---|---|
| Personal property included in the appraisal, attached hereto as Exhibit "A" | $    15,449.00 |
| Equity in vehicles | $     7,234.00 |
| Jewelry | $      280.00 |
| Bank account balances | $     1,168.47 |

| Less: ($4,000.00)  Available Exemptions ($  715.19)  Wage Exemptions ($4,034.68)  Lien on Tractor ($  675.00)  Credit for items located in son's bedroom) | ($      9,424.87) |
|---|---|
| **Total Value of Property Asserted as Non-Exempt** | **$  14,706.60** |

4.      Since December of 2012, counsel for the Trustee has attempted to resolve valuation disputes on the Property and reach an agreement with the Debtors to allow them to repurchase the Property.  Unfortunately, the parties have not been able to reach an agreement. The Trustee therefore seeks an order compelling turnover of the Property to the estate.

## RELIEF REQUESTED

Section 541 of the United States Bankruptcy Code provides that any entity in possession, custody or control of property that the Trustee may use, sell or lease shall deliver such property to the Trustee unless such property is of inconsequential value to the estate.  The Trustee requests that the Debtors be directed to immediately turnover the Property or reach an agreement with the Trustee to repurchase the Property from the estate.

WHEREFORE, the Trustee respectfully requests entry of an order (a) granting the Motion; (b) compelling the Debtors to immediately turnover the Property; and (c) granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all parties on the attached Service List by U.S. Mail and/or electronically on April 3, 2013.

Dated:  April 3, 2013          **MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
*Attorneys to Chapter 7 Trustee*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Telephone: 954.767.0030
Facsimile:  954.767.0035

By: _____ */s/* Jaclyn Gonzalez_____
          JACLYN GONZALEZ
          Florida Bar No. 068874
          E-mail:  jgonzalez@mrthlaw.com

*In re Roger Allen Boone and Monica Brooks Boone*
**Case No. 12-24862-LMI**
<u>**Service List**</u>

**12-24862-LMI Notice will be electronically mailed to:**

Ido J Alexander on behalf of Trustee Ross Hartog
ialexander@dvllp.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com,areisino@mrthlaw.com,jserna@dvllp.com

Gustavo De Zendegui on behalf of Debtor Roger Boone
robert@peredalaw.com, rebecca@gdzlaw.com

Jaclyn Gonzalez on behalf of Trustee Ross Hartog
jgonzalez@mrthlaw.com, jgarey@mrthlaw.com;ycandia@mrthlaw.com;mrthbkc@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert Pereda on behalf of Debtor Roger Boone
robert@miamibkgroup.com

**12-24862-LMI Notice will not be electronically mailed to:**

**N/A**

EXHIBIT "A"



**MOECKER AUCTIONS** INC.
AUCTIONEERS · LIQUIDATORS · APPRAISERS

PREPARED EXCLUSIVELY FOR Ms. JACLYN GONZALEZ, ESQ.

December 17, 2012

Jaclyn Gonzalez, Esq.
MARKOWITZ RINGEL TRUSTY + HARTOG
101 NE Third Avenue
Suite 1210
Fort Lauderdale, Fl 33301

RE: **Roger & Monica Boone Appraisal**

Dear Ms. Gonzalez:

At your request, I have inspected the personal property exhibited to us as owned by Roger & Monica Boone for the purpose of expressing an opinion of the Forced Sale Liquidation Value.

I visited the Boone residence on Wednesday, December 12, 2012. Mr. Boone escorted me around the house and outside areas. He pointed out items that belonged to his son and others located both inside and outside the house. These items can be found at the bottom of this appraisal with the heading highlighted in green titled "ITEMS STATED AS BELONGING TO OTHERS". Upon viewing this appraisal, you will see a separate "total" in this report for these items. Furthermore, Mr. Boone identified items that are stated to have a lien on them. These items are also highlighted in green and titled "YARD AREA (ITEMS STATED AS HAVING A LIEN)".

After completing my inspection, reviewing local market conditions, and researching past sales, we have considered the value of the property, showing this value. We have also taken into consideration the present economic conditions and the age and condition of the property appraised.

The following valuation is made in accordance with the attached Appraisal Definitions and Limiting Conditions. The effective date of this appraisal is December 17, 2012.

Thank you for the opportunity to be of service to you in this matter. If you have any questions regarding the method of appraisal, the value concept or the indicated values, please feel free to call.

Sincerely,

Eric Rubin, GPPA, CES
Vice President, Auctioneer, AU3219
Moecker Auctions, Inc.



Moecker Auctions Inc.
3613 North 29th Ave., Hollywood, FL 33020
OFFICE: 954-252-2887, FAX: 954-252-2791

1

# TABLE OF CONTENTS

Recapitulation                                   Page 3

General Information                              Page 4

Definitions                                      Page 5

Approach to Value                               Page 6

Limiting Conditions                             Page 8

Use and Interpretation                          Page 11

Certification Statement                         Page 12

Listing of Assets and Photos                    Page 13

# **RECAPITULATION**

### **Roger & Monica Boone**
15350 SW 240th Street, Homestead, FL 33032

Effective Date:
December 17, 2012

---

## **FORCED SALE LIQUIDATION VALUE**

| | |
|---|---|
| Items Belonging to Roger & Monica Boone | $5,454.00 |
| Items Claimed As Belonging to Others | $2,570.00 |
| Items Stated as Having A Lien | $7,425.00 |
| **Grand Total** | **$15,449.00** |

## PURPOSE OF APPRAISAL

The purpose of this appraisal is to estimate the *Forced Sale Liquidation Value*. The results are reported in this study.  The assets are appraised as if free and clear, without liens or encumbrances (unless otherwise noted).

## FUNCTION OF APPRAISAL

The function of this report is to serve as a value guideline.  There are proper uses for appraisal concepts.  However, a particular individual, company or organization may determine that the concept fits a particular need and, therefore, could use it in a way that would be typically improper.  It is up to the user to determine if the concept is proper for its purpose, as it is clearly defined and should be understood.

## METHOD

Moecker Auctions, Inc. over a one hour period completed an inventory listing with photos to be used as a basis for this appraisal.

# DEFINITIONS

The definition of value as used in this appraisal is as follows:

**"Forced Sale Liquidation Value" (F.S.L.V.)** is the amount at which used property would exchange in a forced sale situation i.e. auction, wherein there are inherent inequities between buyer and seller; there being a possibility of the lack of knowledge of all the pertinent facts to buy or sell and the seller being under compulsion to sell in a relatively short period. Conclusions taken into consideration are physical location, difficulty of removal, physical condition, adaptability, specialization, marketability, overall appearance, and psychological appeal. Further, the ability of the asset group to draw sufficient prospective buyers to insure competitive offers is considered. All assets are to be sold on a piecemeal basis "As Is" with purchasers responsible for removal of the assets at their own risk and expense. Any deletion or additions to the total assets appraised could change the psychological and/or monetary appeal necessary to gain the values indicated.

# APPROACH TO VALUE

In estimating value, the appraiser has considered the following approaches in arriving at indicators of value.  There are three traditional approaches to value: Market, Income and Cost.

MARKET APPROACH- The approach to value where recent sales and offering prices of similar assets are analyzed to arrive at an indication of the most probable selling price of the asset being appraised.  The Market Approach, also referred to as the Sales Approach, is based on the premise that the asset is continuing to be used, so that a knowledgeable purchaser can go to the market place and buy an existing one.  The market is an established means of buying and selling assets through channels including properly marketed auctions, second hand dealers, public and private sales.  Where actual sales are not available, relationships are often established based upon used prices for comparable items with subsequent adjustments for liquidation conditions.  (See Cost Approach).

COST APPRAOACH- An estimate of the present replacement cost of the assets less accrued depreciation.  Depreciation includes loss in value due to physical deterioration as well as functional and economic obsolescence.  Functional obsolescence is the decreased capacity of the item to perform the function for which it is intended in terms of current standards and specifications.  Functional obsolescence may stem either from a deficiency within the item such as poor design or outmoded style or may result from super adequacy or over design.  Economic obsolescence represents the loss in value from factors outside the item appraised, such as a depressed market for the end product manufactured by the item of machinery or equipment.  These factors are generally characterized as "negative external forces" which have an impact upon the item appraised.  The cost approach is utilized primarily as a secondary value indicator since it often fails to quantify the inherent loss in value under liquidation conditions.  Comparisons are sometimes made to cost when comparable sales are not found under the appraisal concept.

INCOME APPROACH- Not typically applied under the Liquidation Concept.   After consideration, a decision is made as to whether the income approach could be appropriate.

In certain instances, as in the case of custom machinery and equipment, a market analysis may be undertaken to ascertain current demand/marketability and subsequent assignment value. Market analysis may also be undertaken if functional or economic obsolescence is a key factor in a major asset.  A judgment call may be required with no comparable backup.  An experienced appraiser having acquired value orientation from years of observations under the liquidation concept could form that value assignment.   Special or custom equipment, in most cases, is appraised in this manner.

The appraiser analyzes the balance of forces which affects value for particular types of assets or pieces of assets and the final assignment on each item is, in part, a reflection of this analysis.

An appraisal has never been considered the product of an exact science, although measurements of accuracy may be employed. Determining the reactions of the public to value for an asset at a particular point in time is a valuation process based upon history, whereas the actual test of an appraisal value may vary up and down. For this reason, one sale does not necessarily make a comparable. Although assets may have been observed selling at higher or lower numbers than its appraised value, it is the appraiser's judgment and responsibility to make adjustments in order to maintain a set of circumstances which might be considered average under a particular value concept. For this reason, the total number indicator is the important measurement on a proper future test. Typically, the averaging method adjusts for location, condition, time, and other factors. However, it would not simply indicate some high or low recovery for an asset under some particular past sale. The appraiser strives for an average. In a tested sale, one might find that average being exceeded in some cases, yet below the value indicated in others. It is the existence of these variables that requires the use of the averaging method in order to maintain greater accuracy.

# LIMITING CONDITIONS

I have made no investigation of and assume no responsibility for the title to or liabilities against the property appraised and the property has been appraised as if free and clear.

This report is made at the request of the party for his/her use. It is not an indication or report of title or ownership. The identification of the interest of the requesting party is simply that represented to the appraiser by such party and no inquiry of investigation has been made nor is any opinion given as to the truth of such representation.

The conclusions of the appraiser are based upon multiple factors, the isolation of any single element as the sole basis of comparison to the whole appraisal may be inaccurate. Any deletions or additions to the items appraised could substantially change the psychological and/or monetary appeal necessary to receive the amount indicated.

Possession of this report, or copy thereof, does not include the right of publication without the written consent of the appraiser. This report in its entirety or any part hereof, including the identity of the appraiser, or his firm, shall not be made public through reproduction by electronic or other means. Advertising, public relations, news releases, sales or other distribution or information media without the written consent of Moecker Auctions, Inc. is prohibited except in the case of a judicial matter or peer review.

No changes to this appraisal report may be made by anyone other than the appraiser whose signature is appended to this report. If others make changes, this appraisal report is invalid for all purposes.

In most cases, assets are itemized, although certain areas require a group estimate, in which case the listings are shown in the quantity column as "Lot". This is usually done in nominal value areas that require general descriptions or in areas where difficulty of access for total description would require additional time not justified for the items being valued.

This appraiser reserves the right to recall all copies of this report to correct any omission or error.

No responsibility is taken for changes in market conditions and no obligation is assumed to revise this report without adequate compensation, time, and procedural requirements that allow due diligence to reflect events or conditions which occur subsequent to the date hereof.

Photographs if any, included in this report were taken at random and may or may not include all those developed. Some photographs may be of poor quality and/or insignificant to the study. Some photographs are used for recall in correlation

work. The selected photos, if used, are an additional effort when included in the formal report and unless otherwise noted, there are no requested criteria for those selected by Moecker Auctions. The lack of photographs, for whatever reason, should not create liability for Moecker Auctions.

It is possible that one or more appraisers of our firm assisted in the process of preparing or reviewing this appraisal. Our research department gathers additional market information from our sales database and/or by making appropriate market inquiries. The on-site appraiser was responsible for personally inspecting the assets, describing them, and making initial estimates of value. He/she also may have gathered pertinent information about the assets from the subject company's personnel and company records. The on-site appraiser is responsible for the final correlation of work conducted unless there is more than one signature. Moecker Auctions considers that the appraiser making the final decision on value is the individual contributing in a significant way under the interpretation of the standards made a part of the *Uniform Standards of Professional Appraisal Practice (USPAP)*. If on the other hand, special consultants or outside expertise are required, and he/she contributes in a significant way to the correlation of this report, this would be noted.

Some equipment, due to location and/or quantity, may have differing values assigned with the consideration that even though similar, condition could be better or worse than the other identical pieces. The concept of value causes these adjustments to be made. Location requirements can cause differences in removal or installation.

Moecker Auctions, Inc. is rendering a professional service in connection with this appraisal and no obligation to provide further information, or other liability, is hereby assumed. In no event shall the liability of Moecker Auctions Inc. or any of its agents or employees, with respect to this appraisal exceed the amount of the appraisal fee paid.
No consideration is given to additional value that might be obtained because of goodwill, product line, foundations and installation costs, going concern or other elements of value that may or may not be produced at a sale but cannot be foreseen by an appraiser. Physical condition in most instances has been determined by personal inspection and/or with the advice of persons we determined to have expert knowledge of the item in question. Any unknown conditions existing at the time of inspection could alter the value.

The consideration paid for which this report is issued represents all services rendered for this appraisal report only.

Any future services requested will be subject to a separate statement at standard rates. In the event the appraiser is subpoenaed to testify in any form of legal proceedings concerning the subject of this report, such testimony shall constitute future services.

The valuation contained in this appraisal is valid only as of the effective date of value. No representation is made regarding past or future value. Constantly changing market conditions may require a reappraisal and updated valuation at any time in the future. It shall be the obligation of the client to request this reappraisal.

The fee for the appraisal is not contingent upon the value or the conclusions reported and, neither the appraiser nor any officer of Moecker Auctions, Inc. has any financial interest in the property appraised.

Information, estimates, and opinions furnished and obtained has been assumed to be reliable.

The appraisers resources utilized in this report include but are not limited to:

> Past Auction Data
> Various Dealers
> Multiple Internet Sources

## USE AND INTERPRETATION OF LISTING OF ASSETS REPORT

Reading from left to right, note the far left (Item Number) column contains a number to reference an appraisal item.

The quantity column (QTY) indicates the count of items listed. When the word "Lot" is used in this column, an itemized count was not made. The term "Lot" considers a group as one.

To the right of quantity is the description column, which contains a reasonable description of the item listed. The description column may also contain any special noted considerations, explanations or references.

The far right number is the underlined extended appraisal value. This column may make note of other reasons that no value was assigned. For example, "leased", "not found", "not property of the estate", etc.

If you have not requested your report to be updated or revised yearly, or at some point in the future, and wish to investigate this service, contact us for both an explanation and a fee quote.

## **Certification Statement**

I certify that, to the best of my knowledge and belief:

1.    The statements of fact contained in this report are true and correct.

2.    The report analysis, opinion and conclusions are limited only by the reported assumptions and limiting conditions, and is unbiased professional analyses, opinions and conclusions.

3.    Moecker Auctions, Inc. are auctioneers, and their only interest in these assets would be to offer auction or liquidation services.

4.    Fees received are not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of this appraisal.

5.    The analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

6.    No one has provided significant professional assistance to the person signing this report unless so stated.

Eric Rubin

# LISTING OF ASSETS AND PHOTOS

# Roger & Monica Boone

15350 SW 240 Street
Homestead, Florida 33032
December 17, 2012

| Line # | Qty | Description | FSLV | |
|--------|-----|-------------|------|---|
| | | **FAMILY ROOM** | | |
| 1 | 1 | Brown Sofa | $ | 50.00 |
| 2 | 1 | Blue Micro Fiber Sofa | $ | 30.00 |
| 3 | 1 | Lounge Chair | $ | 60.00 |
| 4 | 2 | Coffee Tables | $ | 40.00 |
| 5 | 1 | 8' X 12' Area Rug | $ | 30.00 |
| 6 | 1 | Black Entertainment Center | $ | 25.00 |
| 7 | 1 | Xbox Game System w/Games | $ | 150.00 |
| 8 | 1 | 22" LCD Monitor | $ | 30.00 |
| 9 | 1 | JVC Receiver and DVD Player | $ | 45.00 |
| 10 | 1 | Nintendo Wii Game System w/Games | $ | 65.00 |
| 11 | 1 | 42" Pioneer LCD Television (belongs to son) | $ | 325.00 |
| 12 | 1 | Vintage Wood 4 Drawer Dresser | $ | 30.00 |
| 13 | 1 | 64" Toshiba DLP Television (broken, belongs to son) | $ | 50.00 |
| 14 | 1 | Floor Lamp | $ | 5.00 |
| 15 | 1 | Side Table | $ | 5.00 |
| 16 | 1 | Bissell Vacuum | $ | 35.00 |
| 17 | 1 | Lot- consisting of Holiday Décor | $ | 30.00 |
| | | **KITCHEN** | | |
| 18 | 1 | Kitchen Table w/7 Chairs | $ | 20.00 |
| 19 | 1 | Break Front Display Cabinet | $ | 30.00 |
| 20 | 1 | Lot- consisting of Small Display Items of Cats, Dogs, Glasses etc. | $ | 45.00 |
| 21 | 1 | iPod | $ | 25.00 |
| 22 | 1 | Mikasa China Set Service for 8 | $ | 125.00 |
| 23 | 1 | Toaster Oven | $ | 2.00 |
| 24 | 1 | Lot- consisting of Miscellaneous Small Appliances | $ | 10.00 |
| 25 | 1 | Butcher Block Knife Set (Six Star) | $ | 30.00 |
| 26 | 1 | Lot- consisting of Pots, Pans, Dishes, Silverware etc | $ | 40.00 |
| | | **LAUNDRY ROOM** | | |
| 27 | 1 | Lot- consisting of Miscellaneous Shelves, Vacuum, Plastic Bins | $ | 40.00 |
| | | **OFFICE** | | |
| 28 | 1 | Desk, Credenza, and Book Cases | $ | 10.00 |
| 29 | 1 | Dell Pentium 4 Computer System | $ | 50.00 |

| 30 | 1 | Brother Fax Machine | $ | 5.00 |
|---|---|---|---|---|
| 31 | 1 | HP 8250 Printer | $ | 30.00 |
| 32 | 2 | Chairs | $ | 7.00 |
| 33 | 1 | 4 Drawer File Cabinet | $ | 25.00 |
| 34 | 1 | Vintage Podium (broken) | $ | 10.00 |
| 35 | 1 | Lot- consisting of Miscellaneous Items and Office Supplies | $ | 40.00 |
| 35A | 1 | Washing Machine | $ | 50.00 |
| | | **MASTER BEDROOM** | | |
| 36 | 1 | Bedroom Set, 2 Dressers, King Bed, Nightstands, Small Desk and Chair | $ | 180.00 |
| 37 | 1 | Entertainment Center w/Glass Shelves | $ | 30.00 |
| 38 | 1 | 25" Philips Tube Television | $ | 10.00 |
| 39 | 1 | Onkyo Receiver, DVD Player | $ | 20.00 |
| 40 | 1 | Lot- consisting of DVD Movies in Cases | $ | 100.00 |
| 41 | 1 | Lot- consisting of Miscellaneous Items in Entertainment Center | $ | 45.00 |
| 42 | 1 | Vintage Chest | $ | 75.00 |
| 43 | 3 | Framed Prints of Dogs and Cats | $ | 20.00 |
| | | **CLOSET** | | |
| 44 | 1 | Lot- consisting of Clothing and Accessories | $ | 100.00 |
| 45 | 1 | Lot- consisting of Miscellaneous Storage Items in 2nd Closet | $ | 150.00 |
| 46 | 1 | Lot- consisting of Miscellaneous Hand Tools | $ | 50.00 |
| | | **HALF BATHROOM** | | |
| 47 | 1 | Vintage Wood Dresser/Mirror | $ | 80.00 |
| 48 | 1 | Small Wood Pedestal Table | $ | 20.00 |
| 49 | 2 | Framed Prints | $ | 10.00 |
| | | **BEDROOM #2** | | |
| 50 | 1 | White Bed, Wood Dresser | $ | 65.00 |
| 51 | 1 | Magnavox Rear Projection Television | $ | 25.00 |
| 52 | 1 | Lot- consisting of Miscellaneous Items in Closet and Around Room | $ | 50.00 |
| | | **BEDROOM #3** | | |
| 53 | 1 | Bed, Dresser, Night Tables | $ | 20.00 |
| 54 | 1 | Entertainment Center w/TV & DVD Player | $ | 45.00 |
| 55 | 3 | Fishing Rods and 2 Reels w/Tackle Box | $ | 70.00 |
| 56 | 1 | Lot- consisting of Miscellaneous Items in Closet and Around Room | $ | 40.00 |
| 57 | 1 | Gumball Machine | $ | 35.00 |
| 61 | 1 | Hoover Steam Cleaner | $ | 20.00 |
| | | **SHED WORKSHOP** | | |
| 73 | 1 | Engine Hoist | $ | 50.00 |

| | | | | |
|---|---|---|---|---|
| 74 | 1 | Lot- consisting of Hand Tools, Air Powered Tools | $ | 300.00 |
| 75 | 2 | Chevy Stool | $ | 40.00 |
| 76 | 1 | Lot- consisting of Used Parts and Pieces of Automobiles | $ | 125.00 |
| 77 | 1 | Battery Charger | $ | 30.00 |
| 78 | 1 | 26 Gallon Husky Air Compressor | $ | 140.00 |
| 79 | 1 | 3' Floor Fan | $ | 30.00 |
| 80 | 1 | Lot- consisting of Wire, Lights and Miscellaneous Items | $ | 70.00 |
| | | **YARD AREA (CONTINUED)** | | |
| 85 | 1 | 2000 Ford F150 Parts Truck (non running) VIN #1FTZF1729YNA43656 | $ | 350.00 |
| 87 | 2 | Spray Tank Units (broken) | $ | 40.00 |
| 88 | 1 | Lot- consisting of Miscellaneous Items Around Shed | $ | 50.00 |
| 89 | 1 | 1999 Ford F150 (condition: very rough) VIN #1FTZF1725XNA98345 Odometer reads: 153,014 | $ | 950.00 |
| 90 | 3 | A-Frame Ladders | $ | 75.00 |
| | | **PUMP HOUSE** | | |
| 91 | 1 | 16 Gallon Wet/Dry Vac | $ | 50.00 |
| 92 | 1 | Air Compressor | $ | 35.00 |
| 93 | 1 | Scotts Spreader | $ | 10.00 |
| 94 | 1 | Lot- consisting of Miscellaneous Yard Tools & Hand Tools | $ | 40.00 |
| 95 | 1 | Craftsman DYS4500 Riding Mower (runs) | $ | 110.00 |
| 96 | 1 | S/S Grill | $ | 100.00 |
| | | **TOTAL** | $ | **5,454.00** |
| | | | | |
| | | **YARD AREA (ITEMS STATED AS HAVING A LIEN)** | | |
| 70 | 1 | Tow Behind Mower 48" Chop | $ | 300.00 |
| 71 | 1 | Spray Tank System | $ | 125.00 |
| 72 | 1 | 2005 Kioti CK30/KL 130 Tractor w/Auger, Hours: 491 (bad clutch for auger and mower attachments) | $ | 7,000.00 |
| | | **TOTAL** | $ | **7,425.00** |
| | | | | |
| | | **ITEMS STATED AS BELONGING TO OTHERS** | | |
| | | **BEDROOM #4 (ITEMS STATED AS BELONGING TO SON)** | | |
| 58 | 2 | Beds | $ | 40.00 |
| 59 | 1 | Lot- consisting of Bedroom Furniture, 2 Night Tables, 2 Dressers, Book Cases | $ | 100.00 |
| 60 | 1 | Lot- consisting of Items in Closet and Around Room | $ | 70.00 |
| | | **BEDROOM #5 (ITEMS STATED AS BELONG TO SON)** | | |
| 62 | 1 | Bed, 2 Nightstands, Black Dresser, Armoire | $ | 100.00 |

| 63 | 1 | Ibanez Electric Guitar | $ | 70.00 |
|----|---|---|---|---|
| 64 | 1 | Epihone Acoustic Guitar | $ | 80.00 |
| 65 | 1 | Marshal Guitar Amp/Speaker | $ | 65.00 |
| 66 | 1 | Generic Guitar Amp/Speaker | $ | 30.00 |
| 67 | 1 | Kicker Subwoofer | $ | 20.00 |
| 68 | 1 | 19" Tube Television | | N/V |
| 69 | 1 | Lot- consisting of Miscellaneous Items Around Room | $ | 100.00 |
| | | **(ITEMS STATED AS BELONGING TO SON)** | | |
| 81 | 1 | Chicago 90 Amp Wire Welder | $ | 125.00 |
| 82 | 1 | Tool Box w/Tools | $ | 35.00 |
| 83 | 2 | Red Metal Tool Boxes | $ | 20.00 |
| | | **(ITEMS STATED AS BELONGING TO OTHERS)** | | |
| 84 | 1 | Yellow Engine Stand | $ | 40.00 |
| 86 | 1 | 1989 Chevy Silverado (non running) VIN #1GNEV16K6KF183837 Odometer reads: 84,029 *(Stated as belonging to daughter)* | $ | 900.00 |
| | | **STORAGE SHED #2 (ITEMS STATED AS BELONGING TO SON)** | | |
| 97 | 1 | Lot- consisting of Fishing Rods, Reels, Nets, Tires | $ | 90.00 |
| 98 | 1 | Toledo Cut-off Saw | $ | 10.00 |
| 99 | 1 | Lot- consisting of Yard and Hand Tools | $ | 275.00 |
| 100 | 1 | Lot- consisting of Miscellaneous Items Parts and Pieces | $ | 60.00 |
| | | **STORAGE SHED #3 (ITEMS CLAIMED TO BELONG TO SON)** | | |
| 101 | 1 | Haul Master Trailer Cart | $ | 160.00 |
| 102 | 1 | Scroll Saw | $ | 70.00 |
| 103 | 1 | Table Saw | $ | 35.00 |
| 104 | 1 | Table Top Drill Press | $ | 35.00 |
| 105 | 1 | Roll of Wire | $ | 35.00 |
| 106 | 1 | BMX Bike | $ | 5.00 |
| | | **TOTAL** | $ | **2,570.00** |
| | | | | |
| | | **GRAND TOTAL** *(All Assets)* | $ | **15,449.00** |
| | | | | |
| | | Appraised By: | | |
| | | _____ December 17, 2012 | | |
| | | Eric Rubin, GPPA, CES | | |